UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLORADO

| | |
|---|---|
| **IXONIA BANK d/b/a NOVUS HOME MORTGAGE** )<br>)<br>*Plaintiff* )<br>)<br>)<br>v. )<br>)<br>)<br>**TEXANA BANK NA; SCOTT SAX; MICHAEL COLLINS** )<br>)<br>)<br>*Defendant* | Civil Action No. 1:25-cv-00516 |

### AFFIDAVIT OF SERVICE

I, Angelia Basham, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Texana Bank, NA in Cass County, TX on February 20, 2025 at 3:59 pm at 111 East Rush, Linden, TX 75563 by leaving the following documents with Christy Mayfield who as Vice President is authorized by appointment or by law to receive service of process for Texana Bank, NA.

Complaint
Summons
Corporate Disclosure Statement
Magistrate Consent Form
Cover Sheet

White Female, est. age 45-54, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.0108615912,-94.3647521001
Photograph: See Exhibit 1


Total Cost: $180.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Columbia County__,
__AR__ on __2/23/2025__.

/s/ *Angelia Basham*
_____
Signature
Angelia Basham
+1 (903) 748-3227

