# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLORADO

**IXONIA BANK d/b/a NOVUS HOME MORTGAGE**

*Plaintiff*

v.

**TEXANA BANK NA; SCOTT SAX; and MICHAEL COLLINS**

*Defendant*

Civil Action No. 1:25-cv-00516

## AFFIDAVIT OF SERVICE

I, William Quinlan, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Scott Sax in Arapahoe County, CO on March 2, 2025 at 1:35 pm at 5190 S. Logan Drive, Greenwood Village, CO 80121 by residential substituted service by delivering a copy of the documents at the usual place of abode of Scott Sax to Jennifer Sax, who is the Wife, and a known tenant occupying the premises or a member of Scott Sax's family, above the age of eighteen years, and resides on or is in charge of the premises..

Complaint
Corporate Disclosure Statement
Cover Sheet
Summons
Magistrate Consent Form
Picture

Additional Description:
Female answered door, mached the photo of Jennifer Sax from Facebook. Verbally confirmed she is defendants wife and the defendant wss not home at the moment. Mrs Sax accepted service.

White Female, est. age 45-54, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".

Geolocation of Serve: https://google.com/maps?q=39.6232401,-104.9776558
Photograph: See Exhibit 1

Total Cost: $825.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

  Denver County                    ,

  CO     on   3/6/2025         .

/s/ *William Quinlan*

Signature
William Quinlan
+1 (303) 419-1241



Exhibit 1a)