# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IXONIA BANK d/b/a NOVUS HOME MORTGAGE, | ) ) ) | |
| | ) | CIVIL ACTION FILE NO. |
| *Plaintiff,* | ) ) | 1:25-cv-00516 |
| v. | ) ) | |
| TEXANA BANK NA, SCOTT SAX, and MICHAEL COLLINS, | ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) ) | |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER
## PLAINTIFF'S COMPLAINT AND JURY DEMAND

**IT IS HERBY STIPULATED AND AGREED**, pursuant to Local Rule 6.1(c), that by and between Defendants Texana Bank NA ("Texana Bank"), Scott Sax ("Sax"), and Michael Collins ("Collins") (collectively referred to as "Defendants") and Plaintiff Ixonia Bank d/b/a Novus Home Mortgage ("Plaintiff"), Defendants' time to answer or otherwise respond to Plaintiff's Complaint and Jury Demand is hereby extended up to and including Friday, March 28, 2025.

Respectfully submitted this 25th day of March, 2025.

| | |
|---|---|
| */s/Ryan M. Sugden* | */s/Michael P. Elkon* |
| Ryan M. Sugden | Michael P. Elkon |
| Colorado Bar No. | Georgia Bar No. 243355 |
| **STINSON LLP** | **FISHER & PHILLIPS LLP** |
| 1144 Fifteenth Street - Suite 2400 | 1230 Peachtree Street NE, Suite 3300 |
| Denver, CO 80202 | Atlanta, GA 30309 |
| Tel. (303) 376-8405 | (404) 231-1400 (T) |
| Email: ryan.sudgen@stinson.com | (404) 240-4249 (F) |
| | melkon@fisherphillips.com |
| | |
| Janel M. Dressen | *Counsel for Defendants* |
| Joseph R. Richie | |
| **ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.** | |
| 90 South Seventh Street | |
| 3600 Wells Fargo Center | |
| Minneapolis, MN 55402 | |
| Tel. 612.349.6969 | |
| Emails: jdressen@anthonyostlund.com | |
|           jrichie@anthonyostlund.com | |
| | |
| *Counsel for Plaintiff* | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IXONIA BANK d/b/a NOVUS HOME MORTGAGE, | ) ) ) | |
| | ) | CIVIL ACTION FILE NO. |
| *Plaintiff,* | ) ) | 1:25-cv-00516 |
| v. | ) ) | |
| TEXANA BANK NA, SCOTT SAX, and MICHAEL COLLINS, | ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed ***STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT AND JURY DEMAND*** using the Court's electronic filing system, which will automatically send email notification of such filing to all attorney(s) of record.

*/s/Michael P. Elkon*
Michael P. Elkon
Georgia Bar No. 243355

3