IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

Civil Action: 25-cv-00516-CNS-STV                    Date:   April 29, 2025
Courtroom Deputy: Sonia Chaplin                    FTR – Reporter Deck-Courtroom A402

| | |
|---|---|
| *Parties:* | *Counsel:* |
| IXONIA BANK, | Ryan Matthew Sugden |
|    Plaintiff, | |
| v. | |
| TEXANA BANK NA, | Michael P. Elkon |
| SCOTT SAX and | |
| MICHAEL COLLINS, | |
|    Defendants. | |

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**STATUS CONFERENCE**
**Court in session:      9:27 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court for a status of the case.

Statements by counsel.

For the reasons stated on the record, it is:

**ORDERED:**       Scheduling Conference is set for **June 3, 2025 at 11:30 a.m.** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Telephonic appearances will be permitted. All parties that wish to participate in the Hearing by telephone may do so by calling 571-353-2301 at the scheduled time and utilizing Meeting ID: 252821415#. The participants may hear the conclusion of a prior hearing at the time they call in and are instructed to simply wait until their case is called.

Parties shall file a proposed scheduling order on or before **May 27, 2025**.

HEARING CONCLUDED.

**Court in recess:**        **9:29 a.m.**
Total time in court:    00:02

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.